UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GLORIA R. LEWIS
      Plaintiff,

v.
                                        Case No: 5:16-cv-345-OC-18PRL

COMMISSIONER OF SOCIAL
SECURITY,
      Defendant.

## ORDER

This cause concerns Plaintiff Gloria R. Lewis's appeal from a decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Social Security Disability benefits (Doc. 1). On August 1, 2017, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's final decision be reversed (Doc. 21).

The Court reviewed the Report and Recommendation (Doc. 21), and there being no timely objections, hereby **ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 21) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court shall **ENTER JUDGMENT** accordingly and thereafter **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 23 day of August, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record