UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GLORIA R. LEWIS,

    Plaintiff,

v.                                        Case No: 5:16-cv-345-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause came on for consideration on Plaintiff Gloria R. Lewis' Consent Petition for Attorney Fees (Doc. 24), which the Court referred to the United States Magistrate Judge for a report and recommendation. Having reviewed the Report and Recommendation (Doc. 25), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 25) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Gloria R. Lewis' Consent Petition for Attorney Fees (Doc. 24) is **GRANTED**.

3. Plaintiff Gloria R. Lewis is awarded attorney's fees in the amount of **$4,224.60**, pursuant to 28 U.S.C. § 2412(d).

4. The Commissioner will determine whether Plaintiff Gloria R. Lewis owes a debt to the government. If Plaintiff Gloria R. Lewis does not owe a federal debt, the government shall accept Plaintiff Gloria R. Lewis' assignment of EAJA fees and pay attorney fees directly to Plaintiff's counsel.

5. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Gloria R. Lewis and against Defendant Commissioner of Social Security for attorney fees in the amount of **$4,224.60**.

**DONE** and **ORDERED** in Orlando, Florida, this \_\_\_4\_\_\_ day of November, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record